FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2025-1974
_____

MICHAEL MARRERO DELGADO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Shonna Y. Gay, Judge.


December 4, 2025

PER CURIAM.

DISMISSED as untimely.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Michael Marrero Delgado, pro se, Appellant.

No appearance for Appellee.